**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6906**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

TITO LEMONT KNOX,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:06-cr-00269-DCC-1)

_____

Submitted:  February 26, 2026                              Decided:  March 3, 2026

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tito Lemont Knox, Appellant Pro Se.  Maxwell B. Cauthen, III, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tito Lemont Knox appeals the district court's October 8, 2025, opinion and order denying Knox's motion to terminate his conditional release and supervision, provided for by 18 U.S.C. § 4243(f). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Knox's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the appealed-from order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*